UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


Honorable Anthony W. Ishii                    **RE: Lorena De La Paz ROMERO**
Senior United States District Judge           **Docket Number:  1:04CR05097-006**
Fresno, California                            **<u>PERMISSION TO TRAVEL</u>**
                                              **<u>OUTSIDE THE COUNTRY</u>**


Your Honor:


Lorena De La Paz Romero is requesting permission to travel to Tijuana, Mexico.  She is current with all supervision obligations, and all monetary obligations have been satisfied.


**Conviction and Sentencing Date:**  On October 3, 2005, Ms. Romero was sentenced for the offense of 21 USC 846 and 841(a)(1) – Conspiracy to Distribute and Possess With The Intent to Distribute Heroin, a Class A Felony.


**Sentence Imposed:**  120 months custody of the Bureau of Prisons; 60-month Term of Supervised Release; Mandatory drug testing; Firearms restrictions; DNA testing; and $100 special assessment.


**Dates and Mode of Travel:**  Driving to Tijuana, Mexico, April 11, 2015, returning April 15, 2015.  She will be accompanied by her sister, Christian Romero.


**Purpose:**  Ms. Romero is traveling to Mexico to visit her mother.


1

RE:    **Lorena De La Paz ROMERO**
       **Docket Number: 1:04CR05097-006**
       <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully submitted,

**/s/Julie A. Fowler**

**JULIE A. FOWLER**
**United States Probation Officer**

Dated:    April 2, 2015
         Roseville, California
         /jaf

                     /s/ Michael A. Sipe
**REVIEWED BY:**    **MICHAEL A. SIPE**
                      **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒    Approved    ☐    Disapproved

IT IS SO ORDERED.

Dated:   April 3, 2015

                      SENIOR DISTRICT JUDGE

2