UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | **RE: Lorena De La Paz ROMERO**<br>**Docket Number:  1:04CR05097-006**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Lorena De La Paz Romero is requesting permission to travel to Tijuana, Mexico.  She is current with all supervision obligations, and all monetary obligations have been satisfied.

**Conviction and Sentencing Date:**  On October 3, 2005, Ms. Romero was sentenced for the offense of 21 USC 846 and 841(a)(1) – Conspiracy to Distribute and Possess With the Intent to Distribute Heroin, a Class A Felony.

**Sentence Imposed:**  120 months custody in the Bureau of Prisons; 60-month term of supervised release.  Conditions of supervision include:  Search and seizure; substance abuse counseling and testing; abstain from alcohol use; mental health treatment; aftercare copayment; no firearm; drug registration; pager/cellular phone restrictions; DNA testing; and $100 special assessment.

**Dates and Mode of Travel:**  Driving to Tijuana, Mexico, on December 25, 2015, and returning December 29, 2015.  She will be accompanied by her sister, Christian Romero.

**Purpose:**  Ms. Romero is traveling to Mexico to visit her mother.

RE: **Lorena De La Paz ROMERO**
Docket Number:  1:04CR05097-006
<u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully submitted,

/s/ Marlene K. DeOrian for

**SARAH L. KIRK**
**United States Probation Officer**

Dated:   December 1, 2015
Fresno, California
:JH

/s/ Tim D. Mechem

**REVIEWED BY:**   **TIM D. MECHEM**
**Supervising United States Probation Officer**

## ORDER OF THE COURT

☒   Approved     ☐   Disapproved

IT IS SO ORDERED.

Dated:  December 2, 2015

SENIOR  DISTRICT  JUDGE

2