UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States Judge<br>Fresno, California | **RE:  Lorena De La Paz ROMERO**<br>**Docket Number:  0972 1:04CR05097-006**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Lorena De La Paz Romero is requesting permission to travel to Playas de Tijuana, Baja California, Mexico.  Lorena De La Paz Romero is current with all supervision obligations, and all monetary obligations have been satisfied.  The probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On October 3, 2005, Lorena De La Paz Romero was sentenced for the offense(s) of 21 USC 846 and 841(a)(1) – Conspiracy to Distribute and Possess With the Intent to Distribute Heroin, a Class A Felony.

**Sentence Imposed:**   120 months custody of the Bureau of Prisons; 60 month Term of Supervised Release; Mandatory drug testing; Firearms restrictions; DNA testing; and $100 special assessment.

**Dates and Mode of Travel:**  Driving to Tijuana, BC, Mexico, June 18, 2016, returning June 26, 2016.  She will be accompanied by her sister, Christian Romero

**Purpose:**  Ms. Romero is traveling to Mexico to visit her mother.

**RE:   Lorena De La Paz Romero**
      **Docket Number:  0972 1:04CR05097-006**
      <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>


Respectfully submitted,

/s/ Sarah L. Kirk

SARAH L. KIRK
United States Probation Officer


Dated:   June 2, 2016
         Fresno, California
         SLK/rmv

              /s/ Tim D. Mechem
**REVIEWED BY:    TIM D. MECHEM**
               **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒   Approved      ☐   Disapproved

IT IS SO ORDERED.

Dated:  June 6, 2016                    _____
                                        SENIOR  DISTRICT  JUDGE

2

REV.  06/2015
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX